judgment to the United States and dismissing Winston's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2012), and denying Winston's Fed.R.Civ.P. 60 motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Winston v. United States,* No. 3:11–cv–00812–REP (E.D.Va. Sept. 10, 2013 & Jan. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion L. Sherrod appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sherrod v. Kornegay,* No. 5:13–ct–03196–BO (E.D.N.C. Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**Marion L. SHERROD, Plaintiff–Appellant,**

v.

**Superintendent KORNEGAY; Ms. Shearin, Trust Fund Account Supervisor; Mailroom Supervisor, Defendants–Appellees.**

No. 14–6227.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Marion L. Sherrod, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

**Richard A. CAPELL, Plaintiff–Appellant,**

v.

**C. Lee CARTER, III; South Carolina Department of Public Safety; York County Sheriff's Department; TFC DW Jenkins; York County Deputy Aldridge, Defendants–Appellees,**

and

**Trooper SCDPS; Deputy York County, Defendants.**

No. 14–1168.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.